AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Shepherd et al., *Plaintiff* <br> v. <br> DeWine et al. *Defendant* | ) ) ) Civil Action No. 2:22-cv-2120 ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Order on 2/7/2023

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Sarah D. Morrison  on a motion for _____.

Date:   02/07/2023

*CLERK OF COURT*

s/Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*